IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

EVANGELA BATES                                                    PLAINTIFF

v.                                          CIVIL NO. 5:24-cv-110-DCB-LGI

COMMISSIONER OF SOCIAL SECURITY                                   DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER comes before the Court on Magistrate Judge Issac's Report and Recommendation ("Report") [ECF No. 12], concerning Plaintiff Evangela Bates' appeal of the Administrative Law Judge's decision to deny her application for disability benefits. [ECF No. 1]. The Report was entered on January 15, 2026, and objections to it were due by January 29, 2026. To date no party has filed an objection and the time to do so has now passed.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

Here, in June of 2022, Plaintiff filed applications for disability benefits. The Commissioner denied the applications at the administrative level. Plaintiff thereafter testified before an Administrative Law Judge ("ALJ"), who again determined that Plaintiff was not disabled. In reaching that conclusion, the ALJ properly applied the five-step sequential evaluation process. As Judge Issac correctly explained, the ALJ's assessment – grounded in all relevant evidence of Plaintiff's functional abilities – applied the correct legal standards and is supported by substantial evidence.

Thus, upon examination of Judge Issac's Report [ECF No. 12], in conjunction with a comprehensive review of the record and relevant legal authorities, the Court finds that Report should be adopted, that Plaintiff failed to establish that her impairments were of sufficient severity to establish disability and that the ALJ's decision be affirmed. As such, Plaintiff's complaint is DISMISSED WITH PREJUDICE.

Accordingly,

IT IS HEREBY ORDERED that Judge Issac's Report is ADOPTED as the findings and conclusions of this Court.

IT IS FURTHER ORDERED that the Administrative Law Judge's assessment be AFFIRMED.

IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 18th day of February, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE